**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **MORGANNE PONDER, Individually**<br>**and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| v.    Case No. 4:20-cv-00542-KGB | |
| **HD CLINICS, LTD** | **DEFENDANT** |

## ORDER

Pending before the Court is a joint motion to stay pending arbitration submitted by plaintiff Morganne Ponder and defendant HD Clinics, LTD ("HD Clinics") (Dkt. No. 8). The parties agree that an enforceable arbitration agreement exists between the parties which covers all claims brought in this litigation, and the parties agree that this matter should be moved into arbitration and that the case should be stayed pending resolution of the claims in arbitration (*Id.*, ¶¶ 1-2).

HD Clinics filed an unopposed motion for extension of time to answer or otherwise respond to the complaint (Dkt. No. 3). The Court grants that motion (Dkt. No. 3). HD Clinics then filed a motion to dismiss or in the alternative stay and compel arbitration (Dkt. No. 5). Ms. Ponder's counsel has contacted HD Clinics' counsel to convey that Ms. Ponder does not oppose the motion (Dkt. No. 9, at 1 n.1). Accordingly, the parties filed the instant joint motion to stay given the parties' agreement. The Court denies as moot HD clinics' motion to dismiss or in the alternative stay and compel arbitration (Dkt. No. 5).

For good cause shown, the Court grants the parties' joint motion to stay pending arbitration (Dkt. No. 8). The Court orders the parties to submit a joint status report to the Court within 30 days of resolution of the claims in arbitration.

It is so ordered this 10th day of July, 2020.

_____
Kristine G. Baker
United States District Judge