IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MORGANNE PONDER, Individually**                                **PLAINTIFF**
**and on Behalf of All Others Similarly Situated**

v.                   Case No. 4:20-cv-00542-KGB

**HD CLINICS, LTD**                                                         **DEFENDANT**

## ORDER

Pending before the Court is the joint stipulation of dismissal with prejudice of plaintiff Morganne Ponder and defendant HD Clinics, LTD ("HD Clinics") (Dkt. No. 11).  On July 10, 2020, the Court stayed the case pending resolution of the claims in arbitration prior to certification of a collective action (Dkt. No. 10).  The parties state that, after arms-length negotiations in which Ms. Ponder and HD Clinics were both represented by counsel, they reached an agreement that resolves all claims in this lawsuit, and the arbitration proceedings are concluded (Dkt. No. 11, ¶¶ 3-4).

The stipulation complies with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal (*Id*.).  The action is dismissed with prejudice.

It is so ordered this 9th day of January, 2023.

                                                   _____
                                                   Kristine G. Baker
                                                   United States District Judge